# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| **AE KYUNG LEE** ) <br> ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> ) <br> **EXPERIAN INFORMATION SOLUTIONS, INC.** ) <br> ) <br> *Defendant* ) | Civil Action No. 24-cv-00508 |

## AFFIDAVIT OF SERVICE

I, James Stoner, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Experian Information Solutions, Inc. in Orange County, CA on February 6, 2024 at 1:21 pm at 475 Anton Boulevard, Costa Mesa, CA 92626 by leaving the following documents with Mayra Garcia who as Security Supervisor is authorized by appointment or by law to receive service of process for Experian Information Solutions, Inc..

Summons
Complaint
Cover Sheet
Designation Form

Hispanic or Latino Female, est. age 35-44, glasses: Y, Black hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=33.6898696,-117.874086
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Orange County__, __CA__ on __2/8/2024__.

/s/ *James Stoner*
_____
Signature
James Stoner
+1 (949) 423-6915



