IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AE KYUNG LEE, | : | |
|     *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | : | No. 24-0508 |
|     *Defendant* | : | |

## ORDER

**AND NOW**, this 4th day of November, 2024, it is **ORDERED** that the parties shall provide a joint status update by no later than **November 22, 2024**.

BY THE COURT:

_____
**MARY KAY COSTELLO**
**UNITED STATES DISTRICT JUDGE**